IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHILOTTI BROS, INC, | No C 09-2735 VRW |
| Plaintiff, | ORDER |
| v | |
| AMERICAN SAFETY INDEMNITY CO, | |
| Defendant. | |

The parties are DIRECTED to be prepared to discuss the current schedule in the underlying Marin County superior court action, CV 060168, at the February 4, 2010 hearing.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge