IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GHILOTTI BROS, INC,  No C 09-2735 VRW

    Plaintiff,

        v  ORDER

AMERICAN SAFETY INDEMNITY
COMPANY,

    Defendant.

_____/

        On July 7, 2010, plaintiff Ghilotti Bros notified the court that its claim for indemnification was rendered moot by the verdict in the underlying action, <u>Ghilotti Bros v Monahan Pacific Construction et al</u>, No CV 060168 (Marin Cty Sup Ct June 8, 2010). Accordingly, plaintiff's claim for indemnification is DISMISSED AS MOOT.

        The court granted summary judgment in favor of plaintiff on plaintiff's claim for defense on February 4, 2010, Doc #48, and denied reconsideration of the order on May 18, 2010, Doc #55.

Because no other claims remain in the case, the clerk is DIRECTED to enter judgment in favor of plaintiff on its claim for defense, terminate all motions and close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge