UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GHILOTTI BROS., INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, a corporation, and DOES 1-50, inclusive, <br><br> Defendants. | Case No: C 09-2735 SBA <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL** |

On August 30, 2012, the Ninth Circuit reversed the judgment entered by Judge Vaughn Walker in this action in favor of Plaintiff, and held that Defendant "has no duty to defend [Plaintiff] in the underlying suit." Dkt. 69 at 5. In their Joint Supplemental Case Management Conference Statement filed on December 7, 2012, the parties agree that "the Ninth Circuit's decision resolves the issues raised by plaintiff's complaint for declaratory relief." Dkt. 75 at 2. In light of the foregoing, it appears that no issue remains for the Court's determination. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause, in a memorandum not to exceed three pages, why the instant action should not be dismissed with prejudice. The failure to file a memorandum in response to this Order by March 15, 2013, shall be construed as a consent to the dismissal.

IT IS SO ORDERED.

Dated: March 8, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge