1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GHILOTTI BROS., INC.,

          Plaintiff,

    vs.

AMERICAN SAFETY INDEMNITY
COMPANY, a corporation, and DOES 1-50,
inclusive,

          Defendants.

Case No: C 09-2735 SBA

**DISMISSAL ORDER**

On August 30, 2012, the Ninth Circuit reversed the judgment entered by Judge Vaughn Walker in this action in favor of Plaintiff, and held that Defendant "has no duty to defend [Plaintiff] in the underlying suit." Dkt. 69 at 5. In their Joint Supplemental Case Management Conference Statement filed on December 7, 2012, the parties agree that "the Ninth Circuit's decision resolves the issues raised by plaintiff's complaint for declaratory relief." Dkt. 75 at 2. In light of the foregoing, the Court issued an Order to Show Cause ("OSC") on March 8, 2013 directing the parties to show cause why the instant action should not be dismissed with prejudice. Dkt. 76. The Court advised the parties that the failure to file a memorandum in response to the OSC by March 15, 2013 shall be construed as a consent to the dismissal of this action. To date, neither party has filed a response to the OSC. Accordingly,

    IT IS HEREBY ORDERED THAT

    1.    This action is DISMISSED with prejudice.

    2.    The Clerk shall close the file and terminate any pending matters.

1

IT IS SO ORDERED.

2
Dated:  3/18/13
_____

3
SAUNDRA BROWN ARMSTRONG

United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28